ISAAC W. SEILER, PETITIONER-APPELLANT, v. ELEANOR
ROBINSON, *ET ALS.*, RESPONDENTS-RESPONDENTS.

Argued September 21, 1953—Decided September 28, 1953.

*Mr. Aaron Gordon* argued the cause for the appellant.

308

Mr. *Robert A. Vanderbilt* argued the cause for the respondents (*Messrs. Toner, Crowley, Woelper & Vanderbilt,* attorneys).

PER CURIAM. The judgment appealed from is affirmed by an equally divided court.

*For affirmance*—Justices OLIPHANT, WACHENFELD and BURLING—3.

*For reversal*—Justices HEHER, JACOBS and BRENNAN—3.